**Opinion filed September 10, 2009**



In The

# Eleventh Court of Appeals

---

## No. 11-09-00074-CV

---

## JAMES DE MOSS, Appellant

## V.

## CHARLES COTHRON ET AL, Appellees

---

**On Appeal from the 259th District Court**

**Jones County, Texas**

**Trial Court Cause No. 20752**

---

### M E M O R A N D U M   O P I N I O N

In April 2005, James De Moss sued Correctional Officer Charles Cothron, Captain Ronnie Williams, Property Officer Janay Williams, Sergeant Denis Hawkins, Correctional Officer Patrick Martin, Correctional Officer Donald Davis, Assistant Warden Stacey Jackson, Assistant Warden Cary Cook, and Mailroom Supervisor Amanda McCree for various negligence, abuse, tort, retaliation, and civil rights claims. On February 23, 2009, appellees filed a motion for dismissal for want of prosecution pursuant to TEX. R. CIV. P. 165a. The trial court granted the motion and dismissed the case. We affirm.

Appellant has filed various motions, responses, documents, and a brief in which he challenges the dismissal of his claims. He argues that the trial court violated his freedom of speech. He also contends that a motion to recuse was pending before the trial court and, therefore, that the delay of four years was due to the trial court's inaction not to his actions. The record before this court does not support any of appellant's contentions.

All of appellant's arguments have been considered. Each is overruled. The order of the trial court is affirmed.

PER CURIAM

September 10, 2009

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.

2